# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | : | MDL DOCKET NO. 1724 |
| VIAGRA PRODUCTS LIABILITY LITIGATION | : | Judge Paul A. Magnuson |

This document relates to:

| | |
|---|---|
| Bruce Choyce, | Case No. 06-CV-3877 (PAM) |
| v. | |
| Pfizer Inc, et al. | **ORDER OF DISMISSAL WITH PREJUDICE** |

On December 18, 2007, the Court ordered that:

1.     Plaintiff Bruce Choyce has 45 days from the date of this Order to comply with the Scheduling Order by producing to Pfizer a completed Plaintiff's Fact Sheet and medical record authorizations.

2.     If such production is not made within this time period or Plaintiff does not otherwise present to the Court reasonable cause for his delay in complying with the Scheduling Order, Plaintiff's case will be dismissed with prejudice.

Plaintiff Bruce Choyce failed to comply with the Court's December 18, 2007 Order.

On December 17, 2008, the Court issued a Second Order to Show Cause, ordering that:

1.      Plaintiff Bruce Choyce has 45 days from the date of this Order to comply with the Scheduling Order by producing to Pfizer a completed Plaintiff's Fact Sheet and medical record authorizations.

2.      If such production is not made within this time period or Plaintiff does not otherwise present to the Court reasonable cause for his delay in complying with the Scheduling Order, Plaintiff's case will be dismissed with prejudice.

Plaintiff Bruce Choyce failed to comply with the Court's Second Order to Show Cause, dated December 17, 2008.  Therefore,

IT IS HEREBY ORDERED AND AJUDGED that all claims of Plaintiff Bruce Choyce are dismissed on their merits, with prejudice, and without costs taxed against either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February  5 , 2009                    s/Paul A. Magnuson
                                              Paul A. Magnuson
                                              United States Senior District Judge

Bruce Choyce
871 27th Street
Oakland, CA 94607
510-472-4305
*Pro Se Plaintiff*

Ronald S. Goldser
Robert R. Hopper
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
612-341-0400
Fax:  612-341-0844
rsg@zimmreed.com
rrh@zimmreed.com
*Plaintiffs' Liaison Counsel*

Steven Glickstein
Lori B. Leskin
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
212-836-8000
Fax:  212-836-8689
lleskin@kayscholer.com
sglickstein@kayscholer.com
*Defendants' Lead Counsel*

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 W 7th Street
PO Drawer H
Reserve, LA 70084
985-536-1186
Fax:  985-651-6101
dbecnel@becnellaw.com
*Plaintiffs' Co-Lead Counsel*

David P. Graham
Stacey L. Drentlaw
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402
612-607-7000
Fax:  612-607-7100
DGraham@oppenheimer.com
SDrentlaw@oppenheimer.com
*Defendants' Liaison Counsel*